# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### CA 05-203


**ALCE JOHN NASH**

**VERSUS**

**PUMPELLY OIL, INC., ET AL.**


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


**APPEAL FROM THE**
**FOURTEENTH JUDICIAL DISTRICT COURT**
**PARISH OF CALCASIEU, NO. 2000-5878**
**HONORABLE DAVID PAINTER, PRESIDING**


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


**JOHN D. SAUNDERS**
**JUDGE**


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.


**APPEAL DISMISSED.  WRIT DENIED.**


**ALCE JOHN NASH**
**2821 WALDEN DRIVE**
**LAKE CHARLES, LA 70607**
**Telephone: (337) 721-2001**
**In Proper Person**

**CHRISTOPHER TRAHAN**
**RAGGIO, CAPPEL, CHOZEN & BERNIARD**
**P.O. BOX 820**
**LAKE CHARLES, LA 70602-0820**
**Telephone: (337) 436-9481**
**Attorney for Pumpelly Oil, Inc. and Horizon Energy Marketing, L.L.C.**

**JOSEPH E. LEBLANC, JR.**
**KING, LEBLANC & BLAND**
**7500 SAN FELIPE, SUITE 800**
**HOUSTON, TX 77063**
**telephone: (713) 334-5644**
**Attorneys for ConocoPhillips Company**

**ELIZABETH WHEELER**
**KING, LEBLANC & BLAND**
**201 ST. CHARLES AVENUE, SUITE 3800**
**NEW ORLEANS, LA 70170**
**telephone: (504) 582-3800**
**Attorneys for ConocoPhillips Company**

**PERRY THERIOT**
**LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**
**LEGAL AFFAIRS DIVISION**
**P.O. BOX 82282**
**BATON ROUGE, LA 70884-2282**
**telephone: (225) 765-0236**
**Attorney for the State of Louisiana, Dept. of Environmental Quality**